UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN A. PETRONELLA, et al.    :
         PLAINTIFFS,           :
                               :
v.                             :   CIV. NO. 3:02cv01047 (WWE)
                               :
MARTHA ACAS, ET AL.            :
         DEFENDANTS            :

**RECOMMENDED ORDER RE INTERPLEADER ACTION**

I.   INTRODUCTION

This is an interpleader action filed by the United Food & Commercial Workers Union - Local 371, AFL-CIO ("Local 371") and the Local 371 president, Brian A. Petronella. The purpose of the action, brought pursuant to 28 U.S.C. §§ 1335, 1397, and 2361, is to resolve competing claims by members of Local 371 who are former employees of Grand Union Company, Inc., and its affiliates.

In 2000, Grand Union filed for bankruptcy protection in the United States District Court for the District of New Jersey pursuant to Chapter 11 of the Federal Bankruptcy Code, and closed Connecticut stores as part of its restructuring, leaving the members of Local 371 out of work. The employees seek compensation for accrued and unused vacation, sick, and personal days from funds obtained by the Union through a settlement approved by the Bankruptcy Court. The gross amount in the Fund is approximately $265,000.

Upon de novo review, and absent objection, the ruling of the Magistrate Judge is hereby AFFIRMED.

10/30/03

WARREN W. EGINTON, SENIOR USDJ