UNITED STATES DISTRICT COURT    **FILED**
DISTRICT OF CONNECTICUT

PETRONELLA, et al.           :     3:02cv1047(WWE) 2003 OCT 30 P 4: 56
    Plaintiffs           :
                       :           US DISTRICT COURT
v.                     :              BRIDGEPORT CT
                       :

ACAS,                  :
    Defendant.          :

## REFERRAL TO MAGISTRATE JUDGE

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

__xxx__   All purposes including trial upon written request by all parties (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____   To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

____   A ruling on the following pending motions:


____   A settlement conference   (orefmisc./cnf)

____   A scheduling conference   (orefmisc/cnf)

____   Other:   (orefmisc./misc)


SO ORDERED this 30th day of October, 2003 at Bridgeport, Connecticut.

_____
       Warren W. Eginton
   Senior U.S. District Judge