LAW OFFICES
# SHAPIRO, BEILLY, ROSENBERG, ARONOWITZ, LEVY & FOX, LLP

225 BROADWAY, 13TH FLOOR
NEW YORK, NEW YORK 10007
(212) 267-9020
FACSIMILE: (212) 608-2072

ABRAHAM L. SHAPIRO (1915-1996)
STEWART L. BEILLY (1926-2003)
LEWIS ROSENBERG*
BETH SHAPIRO
DAVID S. ARONOWITZ
BARRY I. LEVY

JOSEPH A. MATERNA**
ROY J. KARLIN
JEFFREY M. JUDD
SANDRA L. BONDER†
DAVID D. MELTZER

OF COUNSEL

SIDNEY FOX
MANUEL KASSON

ANGELA THOMPSON-TINSLEY
LORI F. FEIN†
LAURA E. SHER†
MARISA E. PARDO**
KIMBERLY T. KATCHER**†
MORRIS J. BLOOMSTEIN**
CAROL S. BLATT†
ELAN R. KANDEL†
BARRY S. COHEN◊
BRENNAN J. FOLEY
JOSE L. RIOS
TASHA T. DANDRIDGE
ROZALIA JOVANOVIC
WILLIAM A. FITZGERALD

** ALSO ADMITTED TO FLA. BAR
† ALSO ADMITTED TO N.J. BAR
◊ ALSO ADMITTED TO CT. BAR
* ALSO ADMITTED TO MASS. BAR

October 15, 2003

By UPS Overnight Delivery
Honorable Holly B. Fitzsimmons
United States Magistrate Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

  Re: United Food and Commercial Workers Union, Local 371 v. Martha Acas, et. al. (Grand Union Interpleader)
    Our File No.: S-18910(A)

Dear Magistrate-Judge Fitzsimmons:

  I am writing in response to the September 30, 2003 Recommended Order (the "Order") to address the Court's request that (a) Plaintiffs retain the services of a "appropriate person or entity" for the purposes of distributing the settlement proceeds in accordance with the Order, and (b) any request for attorneys' fees.

**I.**  **Proposed Engagement of Outside Accounting Firm**

  Following receipt of the Order, I contacted Weiser, LLP ("Weiser"), a nationally recognized certified public accounting firm for purposes of inquiring as to the Weiser's willingness to provide a proposal for performing the responsibilities required under the Order. In my opinion, Weiser was the most natural choice to handle this responsibility because it has served as Local 371's outside accounting firm for more than 20 years, and is intricately familiar with the books and records and related computer systems maintained by the Union and its affiliated Welfare Fund. In response

to our inquiry, I was provided with a written proposal from Weiser, which outlines the scope of the services to be provided and quotes a fee of $18,500.00. I have confirmed with the partner from Weiser who is responsible for supervising the accounting for Local 371 that this is a flat fee. A copy of that proposal is attached to this letter as Exhibit "A".

II.     **Plaintiffs' Request for Counsel Fees**

As Your Honor is aware, Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP ("Shapiro Beilly") served as co-counsel with Victor Ferrante, Esq.

The attorneys from Shapiro, Beilly who worked on this matter included myself and Gina Fonseca, a former associate of the Firm. The hourly rate that was charged for the services that were performed in this matter were $225.00 for my time,[1] and $175.00 per hour for Ms. Fonseca's time[2]. The hourly rate charged by Mr. Ferrante was $225.00 per hour.[3] To date, the fees and expenses associated with the litigation have been, as follows:

| Shapiro Beilly | Fees | $11,230.00 | |
|---|---|---|---|
| | Expenses | $1,062.54 | (Exhibit "C") |

---

[1]     I have been a partner with Shapiro, Beilly since 1997, and concentrate in commercial litigation, employment and labor law and insurance litigation. I have been lead litigation counsel in more than two hundred (200) matters in the federal and state courts, have tried more than twenty (20) cases to verdict in the federal and state courts, and have argued multiple appeals in the New York Appellate Courts, as well as the Second Circuit and D.C. Circuit.

[2]     Ms. Fonseca was employed by the firm as a 2nd year associate at the time that the litigation had been commenced, and had also worked as an intern during several summers while attending law school. Prior to joining the firm, she had also been employed by the National Labor Relations Board. The Court will note that a portion of her time was billed at a paralegal rate because of the lack of an available paralegal to do some work necessitated by the matter.

[3]     I have attached Mr. Ferrante's curriculum vitae as Exhibit "B", and would suggest to the Court that Mr. Ferrante litigation experience, both civil and criminal, is extensive and well documented.

SHAPIRO, BEILLY, ROSENBERG, ARONOWITZ, LEVY & FOX, LLP

October 15, 2003
Page 3

———————————

|  |  |  |  |
|---|---|---|---|
| Victor Ferrante | Fees | $8,945.50 | |
|  | Expenses | $3,040.80 | (Exhibit "D") |

I readily believe that the hourly rates that have been charged are reasonable, and that the time expended by my firm and by Mr. Ferrante were only those hours that were necessary and reasonable to bring this matter to a conclusion. Local 371 has paid Mr. Ferrante and our Firm for the work that has been performed, and should be entitled to an award of reimbursement for these amounts.

Should the Court require any additional information in connection with this response, we will be happy to provide same.

Respectfully submitted,

BARRY I. LEVY

BIL/fb

Cc:  **By UPS Overnight Delivery**

David A. Slossberg, Esq.
Hurwitz & Sagrin, LLC
147 North Broad Street
Milford, Connecticut 06460

Victor M. Ferrante, Esq.
Victor M. Ferrante, P.C.
2970 Main Street
Bridgeport, Connecticut 06606

Carl Gulliver, Esq.
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511



Weiser LLP
Certified Public Accountants

135 West 50th Street
New York, NY 10020-1299
Tel 212.812.7000
Fax 212.375.6888

www.mrweiser.com

October 9, 2003


Shapiro, Beilly, Rosenberg,
  Aronowitz, Levy & Fox, LLP
225 Broadway
New York, NY 10007


Dear Sirs:

Weiser LLP is among our nation's oldest and most prominent accounting and consulting firms. Since our establishment in 1921, Weiser has maintained an outstanding tradition of client service in the areas of accounting, auditing, tax and management consulting. Today, our firm is ranked as one of the top 25 accounting and consulting firms in the country.

With offices in New York City, Long Island, and Edison, New Jersey, Weiser has created an organization that yields strong client relations and excellent services. Our partners and professional staff set Weiser apart from other firms. We now number over 300 professionals with a practice that is growing steadily.

Weiser is affiliated with Moores Rowland International, an association of independent accounting firms with offices in 90 countries. This relationship broadens our ability to offer professional services worldwide.

We have been asked to propose on the work associated with acting as settlement master with respect to the Local 371 - Grand Union Settlement. To this end, we have reviewed the Recommended Order Re Interpleader Action (the "Order") to determine the scope of services to be rendered.

We have determined that the scope of the services will involve the following:

- Acceptance of claims submissions, including assignment of points, and determination of "Banked" employees, as defined;
- Computation of the "Point Value", as defined;
- Computation of the per individual award;
- Disbursement of funds to claimants;
- Preparation of 1099's for each claimant;
- Preparation of bank reconciliations, including the monitoring and follow-up of outstanding checks and other administrative matters;
- Review of computations, 1099's and other work enumerated above.



A member of Moores Rowland International,
a worldwide association of independent accounting firms



We estimate that the time required for these services will approximate 110 and cost approximately $18,500.

Sincerely,

Weiser LLP

May, 2003

# VICTOR MICHAEL FERRANTE

**RESIDENCE:** 24 Cottontail Trail
Trumbull, CT 06611
(203) 268-4740

**OFFICE:** VICTOR M. FERRANTE, Attorney-At-Law, P.C.
2970 Main Street, Bridgeport, CT 06606
(203) 333-2132 – Fax: (203) 330-0089
Email: albi5@aol.com

**EDUCATION:** Fairfield College Preparatory School, Fairfield, CT
Villanova University, Villanova, Pennsylvania
B.A. Political Science, 1968
Boston University School of Law, Boston, Massachusetts
Juris Doctor, 1972

**BAR ADMISSIONS:** State of Connecticut, 1972
State of Massachusetts, 1972
United States District Court, District of Connecticut
Second Circuit Court of Appeals
United States Supreme Court

**PROFESSIONAL ASSOCIATIONS:** Bridgeport Bar Association (Workers' Compensation Section)
Connecticut Bar Association (Executive Committee, Workers' Compensation Section)
Connecticut Trial Lawyers Association
American Trial Lawyers Association
Connecticut Chapter Immigration Lawyers Association, (1978-1990) past president

**PROFESSIONAL POSITIONS:** Chairman of the State of Connecticut,
Board of Labor Relations, 1982-1988
Acting Commissioner, State of Connecticut,
Workers' Compensation Commission, 1990 – 1995
Superior Court, Attorney Trial Referee, 1997 to present

**PUBLICATION:** Lecturer in Workers' Compensation "Presenting Medical Evidence to the Trier of Fact," Sterling Education Services, Trumbull, CT, May 29, 2002

**COMMUNITY ASSOCIATIONS:** Trustee of St. Raphael's R.C. Church, Bridgeport, CT 1980-1992
Past President, Bridgeport Chapter, UNICO Community Service Organization
Board of Directors, Connecticut Renaissance, Inc. Drug Treatment program, 1976-1980
University of Bridgeport, Italian Graduate Scholarship Committee, 1972-2002, President, 1983
International Institute of Connecticut Member, 1974-1980
University of Bridgeport, Halsey Scholarship Committee, 1972 – 1990
Bridgeport Columbus Day Committee, General Chairman, 1980
Bridgeport Democratic Town Committee, 1982-1984
Board of Directors, Unquowa School, Fairfield, CT, 1987-1989
Greater Bridgeport Area Foundation, Distribution Committee, 1993 to 2001
Volunteer, International Performing Arts, Inc., 1998 to present
Board of Directors, International Performing Arts, Inc., 2003

**PERSONAL:** Born April 24, 1946, Bridgeport, Connecticut
Married to Josephine Rotini, Special Education Teacher
Three children, Catherine, 21, Sarah and Laura, both 18.

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

July 17, 2002

Billing through   06/21/2002

Invoice#   22524      BL
Our file#   LO1013    S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 03/25/2002 | BL | REVIEW MATERIALS RECEIVED FROM CLIENT RE: BANKRUPTCY; INTEROFFICE CONF. W/GMF RE: DISCUSS MATTER AND DRAFTING OF COMPLAINT | 1.00 | hrs. | 225.00 |
| 03/25/2002 | GMF | LEGAL RESEARCH RE: FEDERAL INTERPLEADER & JURISDICTION | 4.50 | hrs. | 787.50 |
| 03/28/2002 | GMF | FURTHER RESEARCH RE: INTERPLEADER & JURISDICTION | 2.00 | hrs. | 350.00 |
| 04/08/2002 | GMF | REVIEW MATERIALS RECEIVED FROM BANKRUPTCY COUNSEL; BEGIN DRAFTING COMPLAINT | 3.50 | hrs. | 612.50 |
| 04/09/2002 | GMF | FURTHER PREPARATION OF COMPLAINT | 2.00 | hrs. | 350.00 |
| 04/13/2002 | GMF | PHONE CONF. WITH UNION RE: MASTER LIST OF DEFENDANT | 0.30 | hrs. | 52.50 |
| 04/16/2002 | GMF | PREPARE MASTER LIST FOR REVIEW & TRACKING | 1.00 | hrs. | 175.00 |
| 04/18/2002 | BL | PHONE CONF. WITH FERRANTI RE: DISCUSS LOCAL COUNSEL | 0.30 | hrs. | 67.50 |
| 04/24/2002 | BL | PHONE CONF. WITH CLIENT RE: RETENTION OF FUNDS & IMPENDING ACTION | 0.20 | hrs. | 45.00 |
| 04/28/2002 | GMF | PREPARE DRAFT SUMMONS | 1.20 | hrs. | 210.00 |
| 05/04/2002 | BL | PHONE CONF. WITH CLIENT RE: STATUS & TARGET DATE OF 6/15/02 | 0.20 | hrs. | 45.00 |
| 05/28/2002 | BL | REVIEW AND MODIFY INTERPLEADER COMPLAINT; PREPARE LETTER TO | 2.50 | hrs. | 562.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | FERRANTI ENCLOSING PLEADING W/CC TO CLIENT |  |  |
| 06/13/2002 | BL | MODIFY & PLACE COMPLAINT IN FINAL FORM; PREPARE SUMMONS; PREPARE CIVIL COVER SHEET; PREPARE LETTER TO FERRANTI ENCL. PAPERS FOR FILING; PHONE CONFERENCE W/CLIENT RE: STATUS OF MATTER | 1.80 hrs. | 405.00 |

$3,887.50

**EXPENSES**

| 04/12/2002 | Vendor UNITED PARCEL SERVICE; UNITED PARCEL SERVICE | 11.30 |
|---|---|---|
|  |  | $11.30 |

**BILLING SUMMARY**

| Total professional services | $3,887.50 |
|---|---|
| Total expenses incurred | $11.30 |
| Total of new charges for this invoice | $3,898.80 |
| **Total balance now due** | **$3,898.80** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

August 19, 2002

Billing through   07/22/2002

Invoice#   22933         BL
Our file#   LO1013      S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | | |
|---|---|---|
| Balance forward as of invoice dated   July 17, 2002 | | $3,898.80 |
| Payments received since last invoice | | 3,898.80 |
| Accounts receivable balance carried forward | | $0.00 |

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 06/26/2002 | GMF | PREPARED COMPLAINTS FOR SERVING OF 400 DEFENDANTS IN IMPLEADER ACTION | 8.00 | hrs. | 500.00 |
| 06/28/2002 | GMF | PREPARED NOTICES OF LAWSUIT FOR SERVICE OF 400 DEFENDANTS | 8.00 | hrs. | 500.00 |
| 07/01/2002 | GMF | PREPARED WAIVER OF SUMMONS, AND NOTICE FOR SERVING OF 400 DEFENDANT'S IN IMPLEADER ACTION | 8.00 | hrs. | 500.00 |
| 07/02/2002 | GMF | CORRESPONDENCE TO BRIAN PETRONELLA RE: SERVICE OF COMPLAINTS TO 400 DEFENDANTS IN INTERPLEADER ACTION | 0.20 | hrs. | 35.00 |
| 07/08/2002 | BL | PHONE CONF. W/CLIENT; PREPARE LETTER TO CLIENT FOR MEMBER DISTRIBUTION | 0.30 | hrs. | 67.50 |

$1,602.50

**EXPENSES**

| | | |
|---|---|---|
| 07/10/2002 | Vendor ACRO PHOTO PRINT, INC.; DUPLICATING | 910.92 |
| | | $910.92 |

## BILLING SUMMARY

| | |
|---|---:|
| Total professional services | $1,602.50 |
| Total expenses incurred | $910.92 |
| Total of new charges for this invoice | $2,513.42 |
| **Total balance now due** | **$2,513.42** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

September 11, 2002

Billing through 08/22/2002

Invoice# 23290     BL
Our file# LO1013     S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | |
|---|---|
| Balance forward as of invoice dated August 19, 2002 | $2,513.42 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $2,513.42 |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 08/02/2002 | GMF | STATUS LETTER TO BRIAN PETRONELLA, LOCAL 371 | 0.20 | hrs. | 35.00 |
| 08/02/2002 | GMF | LETTER TO CAREY BUTSAVAGE: RE FORMER GRAND UNION EMPLOYEES CLAIM FORMS | 0.20 | hrs. | 35.00 |
| | | | | | $70.00 |

## BILLING SUMMARY

| | |
|---|---|
| Total professional services | $70.00 |
| Total of new charges for this invoice | $70.00 |
| Plus net balance forward | $2,513.42 |
| **Total balance now due** | **$2,583.42** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

October 22, 2002

Billing through   09/23/2002

Invoice#  23861        BL
Our file#  LO1013      S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | | |
|---|---|---|
| Balance forward as of invoice dated   September 11, 2002 | $70.00 | |
| Payments received since last invoice | 70.00 | |
| Accounts receivable balance carried forward | $0.00 | |

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 09/10/2002 | BL | PHONE CONF. W/ADMINISTRATOR FOR ESTATE OF GERTZOFF RE: DISCUSS MATTER AND RESPONSE TO LITIGATION | 0.20 | hrs. | 45.00 |
| 09/17/2002 | BL | REVIEW LETTER FROM FORMER GRAND UNION EMPLOYEE; PREPARE LETTER W/CC TO CLIENT | 0.20 | hrs. | 45.00 |
| 09/18/2002 | BL | REVIEW ANSWER OF PATRICIA ELLIOTT; PRPARE REPLY TO COUNTERCLAIM; PREPARE LETTER TO FERRANTI ENCLOSING PLEADING AND REQUEST FILING AND SERVICE | 0.80 | hrs. | 180.00 |
| 09/20/2002 | BL | PHONE CONF. W/VICTOR FERRANTE; PREPARE DOCUMENTATION AND COVERING LETTER RE: MOTIN AND FILING | 0.80 | hrs. | 180.00 |

$450.00

**BILLING SUMMARY**
Total professional services                $450.00

LO1013  U.F.C.W. LOCAL 371, AFL-CIO                Invoice#  23861       Page    2
S18910A

Total of new charges for this invoice                              $450.00
                                                                 ------------------

**Total balance now due**                                         $450.00