# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP
225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

November 12, 2002

Billing through 10/22/2002

Invoice#  24250     BL
Our file#  LO1013   S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | |
|---|---|
| Balance forward as of invoice dated October 22, 2002 | $450.00 |
| Payments received since last invoice | 450.00 |
| Accounts receivable balance carried forward | $0.00 |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/2002 | BL | REVIEW RETURNED WAIVER AND RETURNED ANSWER; PREPARE LETTER TO VICTOR FERRATE RE: RETURN OF ANSWER | 0.20 hrs. | 45.00 |
| | | | | $45.00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/26/2002 | Vendor UNITED PARCEL SERVICE; UNITED PARCEL SERVICE | 11.34 |
| 09/26/2002 | Vendor UNITED PARCEL SERVICE; UNITED PARCEL SERVICE | 17.45 |
| 10/15/2002 | Vendor UNITED PARCEL SERVICE; UNITED PARCEL SERVICE | 11.34 |
| | | $40.13 |

## BILLING SUMMARY

| | |
|---|---|
| Total professional services | $45.00 |
| Total expenses incurred | $40.13 |
| Total of new charges for this invoice | $85.13 |

**Total balance now due**                                              $85.13

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

December 12, 2002

Billing through   11/22/2002

Invoice#  24751      BL
Our file#  LO1013   S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881


# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | |
|---|---|
| Balance forward as of invoice dated November 12, 2002 | $85.13 |
| Payments received since last invoice | 85.13 |
| Accounts receivable balance carried forward | $0.00 |

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/29/2002  BL | PHONE CONF. W/FERRANTI RE: DISCUSS STATUS OF LITIGATION | 0.20 hrs. | 45.00 |
| | | | $45.00 |

## BILLING SUMMARY

| | |
|---|---|
| Total professional services | $45.00 |
| Total of new charges for this invoice | $45.00 |
| **Total balance now due** | **$45.00** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

February 5, 2003

Billing through   01/22/2003

Invoice#  26021      BL
Our file#  LO1013    S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | | |
|---|---|---|
| Balance forward as of invoice dated   December 12, 2002 | $45.00 | |
| Payments received since last invoice | 45.00 | |
| Accounts receivable balance carried forward | $0.00 | |

## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2002 | BL | REVIEW STATUS OF FILE; PREPARE LETTER TO FERRANTE RE: OPEN ISSUES FOR SERVICE AND CONFERENCE DATES | 0.50 | hrs. | 112.50 |
| 12/31/2002 | BL | REVIEW AND DIARY CONFERENCE NOTICE | 0.10 | hrs. | 22.50 |
| | | | | | $135.00 |

## BILLING SUMMARY

| | |
|---|---|
| Total professional services | $135.00 |
| Total of new charges for this invoice | $135.00 |
| **Total balance now due** | **$135.00** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP
225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

March 17, 2003

Billing through 02/24/2003

Invoice# 27135  BL
Our file# LO1013  S18910A

U.F.C.W. LOCAL 371, AFL-CIO
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | |
|---|---|
| Balance forward as of invoice dated February 5, 2003 | $135.00 |
| Payments received since last invoice | 135.00 |
| Accounts receivable balance carried forward | $0.00 |

**PROFESSIONAL SERVICES**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/2003 | BL | REVIEW FILE AND PREPARE 3 PAGE SETTLEMENT LETTER TO MAGISTRTE-JUDGE FITZSIMMONS | 1.20 hrs. | 270.00 |
| 02/17/2003 | BL | REVIEW FILE AND PREPAFRE FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE-JUDGE FITZSIMMONS | 0.60 hrs. | 135.00 |
| 02/18/2003 | BL | COURT APPEARANCE: ATTEND SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE IN BRIDGEPORT (INCLUDING TRAVEL TIME) | 5.40 hrs. | 1,215.00 |
| | | | | $1,620.00 |

**BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $1,620.00 |
| Total of new charges for this invoice | $1,620.00 |
| **Total balance now due** | **$1,620.00** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

April 11, 2003

Billing through 03/24/2003

Invoice# 28065    BL
Our file# LO1013    S18910A

LOCAL 371 AMALGAMATED WELFARE TRUST FUND
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | |
|---|---|
| Balance forward as of invoice dated March 17, 2003 | $1,620.00 |
| Payments received since last invoice | 1,620.00 |
| Accounts receivable balance carried forward | $0.00 |

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 03/18/2003 BL | REVIEW AND ANALYZE DECISION FROM COURT RE: INTERPLEADER REQUIREMENTS; PHONE CALL TO CHAMBERS RE: EXTENSION OF TIME | 0.40 hrs. | 90.00 |

$90.00

**BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $90.00 |
| Total of new charges for this invoice | $90.00 |
| **Total balance now due** | **$90.00** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

May 20, 2003

Billing through   04/22/2003

Invoice#  28935      BL
Our file#  LO1013    S18910A

U.F.C.W. LOCAL 371
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | | |
|---|---|---|
| Balance forward as of invoice dated   April 11, 2003 | $90.00 | |
| Payments received since last invoice | 90.00 | |
| Accounts receivable balance carried forward | $0.00 | |

**PROFESSIONAL SERVICES**

| | | | | | |
|---|---|---|---|---|---|
| 03/26/2003 | BL | PHONE CALL TO CHAMBERS OF JUDGE FITZSIMMONS; PREPARE LETTER TO ALL COUNSEL AND PRO-SE RE: CONFIRMING ADJOURNMENT | 0.10 | hrs. | 22.50 |
| 04/01/2003 | BL | FURTHER PREPARATION OF DATABASE FOR COURT; PHONE CONF. W/CLIENT RE: DISCUSS NEED FOR ADDITIONAL INFROMATION RELATIVE TO PART TIME AND DATE OF HIRE STATUS | 4.20 | hrs. | 945.00 |
| 04/04/2003 | BL | REVIEW AND ANALYZE LETTER TO COURT FROM COUNSEL FOR DEFENDANTELLIOTT | 0.10 | hrs. | 22.50 |
| 04/04/2003 | BL | FURTHER REVIEW & ANALYSIS OF ACAS DATABASE; PHONE CONF. W/COURT; FORWARD DATABASE & MATERIALS | 1.00 | hrs. | 225.00 |
| 04/21/2003 | BL | REVIEW AND ANALYZE NOTICE AND ORDER FROM COURT; PREPARE STATUS REPORT TO CLIENT ENCLOSING NOTICE AND ORDER | 0.30 | hrs. | 67.50 |
| 04/21/2003 | BL | REVIEW AND ANALYZE NOTICE AND ORDER FROM COURT; PREPARE STATUS | 0.30 | hrs. | 67.50 |

|            |    |                                                    |      |      |       |
|------------|----|----------------------------------------------------|------|------|-------|
|            |    | REPORT TO CLIENT ENCLOSING NOTICE AND ORDER        |      |      |       |
| 04/22/2003 | BL | REVIEW AND DOCKET CONSENT FORMS FROM PLAINTIFFS    | 0.20 | hrs. | 45.00 |

$1,395.00

### BILLING SUMMARY

| | |
|---|---|
| Total professional services | $1,395.00 |
| Total of new charges for this invoice | $1,395.00 |
| **Total balance now due** | **$1,395.00** |

Case 3:02-cv-01047-WWE    Document 275-2    Filed 10/16/2003    Page 8 of 19

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

August 7, 2003

Billing through   07/22/2003

Invoice#   31622   BL
Our file#   LO1013   S18910A

U.F.C.W. LOCAL 371
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | | |
|---|---|---|
| Balance forward as of invoice dated   May 20, 2003 | | $1,395.00 |
| Payments received since last invoice | | 1,395.00 |
| Accounts receivable balance carried forward | | $0.00 |

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/29/2003 | BL | REVIEW FILE AND PREPARE FOR CONFERENCE BEFORE MAGISTRATE-JUDGE FITZSIMMONS; PHONE CONF. W/CLIENT RE: DISCUSS CONFERENCE AND TIMELINE FOR CONCLUSION OF MATTER | 1.00 | hrs. | 225.00 |
| 05/30/2003 | BL | COURT APPEARANCE IN BRIDGEPORT BEFORE MAGISTRATE-JUDGE FITZSIMMONS RE: CONFERENCE (INCLUDING TRAVEL TIME TO AND FROM NEW YORK) | 5.00 | hrs. | 1,125.00 |
| 06/06/2003 | BL | REVIEW PROPOSED LETTER PREPARED BY VICTOR FERRANTI; PREPARE E-MAIL W/COMMENTS AND CHANGES | 0.20 | hrs. | 45.00 |
| 06/12/2003 | BL | REVIEW CONFERENCE CALL NOTICE FROM FERRANTE; DIARY CALL | 0.10 | hrs. | 22.50 |
| 06/17/2003 | BL | CONFERENCE CALL WITH COURT AND COOUNSEL RE: DISCUSS ADOPTION OF DISTRIBUTION PLAN AND ALTERNATIVE METHODS | 0.80 | hrs. | 180.00 |
| 06/30/2003 | BL | REVIEW LETTERS FROM CARL | 0.50 | hrs. | 112.50 |

LO1013   U.F.C.W. LOCAL 371, AFL-CIO             Invoice#   31622       Page   2
ST8910A

        GULLIVER AND RE-REVIEW FERRANTE
        LETTER RE: FORMULA; PREPARE ORDER
        FOR COURT RE: HIPAA INFORMATION
        AND FORWARD VIA E-MAIL TO COURT

        $1,710.00

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 05/30/2003 | TRAVEL-TOLLS | 7.00 |
| 06/03/2003 | UNITED PARCEL SERVICE | 21.57 |
| 06/27/2003 | Vendor ACRO PHOTO PRINT, INC.; DUPLICATING | 71.62 |
| | | $100.19 |

**BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $1,710.00 |
| Total expenses incurred | $100.19 |
| Total of new charges for this invoice | $1,810.19 |
| **Total balance now due** | **$1,810.19** |

# Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP

225 Broadway / 13th Floor
New York, New York 10007
(212) 267-9020 / Fax No. (212) 608-2072
Tax I.D. No. 13-5387090

October 14, 2003

Billing through   10/31/2003

Invoice#  33958        BL
Our file#  LO1013      S18910A

U.F.C.W. LOCAL 371
290 POST ROAD WEST
WESTPORT, CT 06881

# S-18910(a) LOCAL 371 VS. MARTHA ACAS, ETAL (GRAND UNION BANKRUPTCY)

| | |
|---|---|
| Balance forward as of invoice dated   August 7, 2003 | $1,810.19 |
| Payments received since last invoice | 1,810.19 |
| Accounts receivable balance carried forward | $0.00 |

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/2003 | BL | PHONE CONF. W/VICTOR FERRANTE RE: DISCUSS DECISION; PHONE CALL TO MR WEISER RE: ENGAGEMENT AS SETTLEMENT MASTER | 0.30 hrs. | 67.50 |
| 10/10/2003 | BL | REVIEW PROPOSAL FROM WEISER RE: SETTLEMENT MASTER; PHONE CONF. W/TORI PITKIN AND RON NADLER RE: DISCUSS PROPOSAL AND SCOPE OF FEE REQUEST | 0.50 hrs. | 112.50 |
| | | | | $180.00 |

**BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $180.00 |
| Total of new charges for this invoice | $180.00 |
| **Total balance now due** | **$180.00** |

## VICTOR M. FERRANTE
Attorney at Law, P.C.
2970 Main Street
Bridgeport, Connecticut 06606

(203) 333-2131

VICTOR M. FERRANTE*

*ALSO ADMITTED IN MASS.

FAX (203) 330-0089

Email: albi5@aol.com

Brian A. Petronella
Local 371 United Food and Commercial Workers Union
290 Post Road West
Westport, CT  06881

---

**FOR LEGAL SERVICES RENDERED:**
**APRIL 1, 2002 THRU OCTOBER 10, 2003**

| | |
|---|---|
| Total Attorney's Fees | $8,945.50 |

Expenses:

| | |
|---|---|
| Filing fee | $ 150.00 |
| Motion Pro Hac Vice | $   25.00 |
| Sheriff's Service | $2,817.80 |
| UPS Shipping | $   48.00 |

| | |
|---|---|
| TOTAL EXPENSES | $3,040.80 |
| **TOTAL** | **$11,986.30** |

**VICTOR M. FERRANTE**
Attorney at Law, P.C.
2970 Main Street
Bridgeport, Connecticut 06606
-----------
(203) 333-2131

VICTOR M. FERRANTE*
-----------
*ALSO ADMITTED IN MASS.

FAX (203) 330-0089

Email: albi5@aol.com

Brian A. Petronella
Local 371 United Food and Commercial Workers Union
290 Post Road West
Westport, CT 06881

**FOR LEGAL SERVICES RENDERED:**
**APRIL 1, 2002 THRU JUNE 30, 2002**

RE:   Interpleader Litigation
      Brian A. Petronella – Local 371 V. Martha Acas, et al.

Numerous telephone calls and correspondence, faxes to and from Brian Levy at Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP re: appropriate course of action, etc, review and filing of Federal District Court complaint, preP/Ltion drafting and filing of Motion Pro Hac Vice, calls to and from union office.

|                  |              |
|------------------|--------------|
| **TOTAL HOURS**  | 6.0          |
| **SUBTOTAL**     | $1,350.00    |
| **TOTAL AMOUNT DUE** | **$1,350.00** |

**VICTOR M. FERRANTE**
Attorney at Law, P.C.
2970 Main Street
Bridgeport, Connecticut 06606

(203) 333-2131

VICTOR M. FERRANTE*

*ALSO ADMITTED IN MASS.

FAX (203) 330-0089

Email: albi5@aol.com

Brian A. Petronella
Local 371 United Food and Commercial Workers Union
290 Post Road West
Westport, CT 06881

**FOR LEGAL SERVICES RENDERED:**
**AUGUST 1, 2002 THRU SEPTEMBER 30, 2002**

RE: Interpleader Litigation
Brian A. Petronella – Local 371 V. Martha Acas, et al.

| DATE | ATTY./PL | SERVICE | ATTY. TIME | P/L TIME |
|---|---|---|---|---|
| 8/02/02 | VMF | Calls to and from Atty. Levy re: service | .33 | |
| 8/02/02 | VMF | Monitor appearances and take calls | 1.0 | |
| 8/28/02 | VMF | Review answer and appeal | 1.5 | |
| 9/02/02 | VMF | Calls to and from Atty. Levy | .33 | |
| 9/02/02 | VMF | Calls to and from Henry Anyzeski | 1.5 | |
| 9/02/02 | VMF | Calls to and from other defendants | 1.0 | |
| 9/02/02 | VMF | Review reply to counterclaim, call to Atty. Levy | .25 | |
| 9/21/02 | VMF | Correspondence from Atty. Levy review appearances, review addresses call to union offices | 1.5 | |
| 9/23/02 | VMF | Prepare motion for extension of time, file return of waivers of services | 1.0 | |
| | | | 8.41 | |

**TOTAL DUE**            **$1,892.25**

**VICTOR M. FERRANTE**
Attorney at Law, P.C.
2970 Main Street
Bridgeport, Connecticut 06606
-------------
(203) 333-2131

VICTOR M. FERRANTE*

-----------------

*ALSO ADMITTED IN MASS.

FAX (203) 330-0089

Email: albi5@aol.com

Brian A. Petronella
Local 371 United Food and Commercial Workers Union
290 Post Road West
Westport, CT 06881

---

**FOR LEGAL SERVICES RENDERED:**
**OCTOBER 1, 2002 THRU DECEMBER 31, 2002**

RE:  Interpleader Litigation
     Brian A. Petronella – Local 371 V. Martha Acas, et al.

| DATE | ATTY./PL | SERVICE | ATTY. TIME | P/L TIME |
|---|---|---|---|---|
| 10/02/02 | VMF | Call from Henry, letter to Henry, call to process serve | .33 | |
| 10/3/03 | VMF | Meeting with process server letter to Atty. Levy | .75 | |
| 10/4/03 | VMF | Letter to Atty. Levy | .1 | |
| 10/02/02 | VMF | Calls to and from union officials re: names, addresses and current work location of defendants | 1.0 | |
| 10/02/02 | VMF | Calls to and from defendants | 1.0 | |
| 10/18/02 | VMF | Review order | .1 | |
| 11/02/02 | VMF | Calls to and from defendants | .75 | |
| 11/02/02 | VMF | Calls to and from Atty. Levy re: service | .25 | |
| 11/6/02 | VMF | Review return of service, ltr. to union | .33 | |
| 11/19/02 | VMF | Review court order and settlement, enforce order, fax to Atty.. Levy, fax | | |

|          |     | to Atty. Gulliver. Ltr to Magistrate. | .75 |
| -------- | --- | ------------------------------------- | --- |
| 11/20/02 | VMF | Return service return, calls and ltrs. To union officials | .5 |
| 11/28/02 | VMF | Letter from Atty. Levy | .15 |
| 12/02/02 | VMF | Calls to and from defendants, call to Brian Petronella, fax to Farrah Khan | .75 |
| 12/02/02 | VMF | Calls to and from Atty. Gulliver | .5 |
|          |     |                                       | 7.26 |

**TOTAL**       **$1,633.30**

**VICTOR M. FERRANTE**
Attorney at Law, P.C.
2970 Main Street
Bridgeport, Connecticut 06606

(203) 333-2131

VICTOR M. FERRANTE*

*ALSO ADMITTED IN MASS.

FAX (203) 330-0089

Email: albi5@aol.com

Brian A. Petronella
Local 371 United Food and Commercial Workers Union
290 Post Road West
Westport, CT 06881

---

**FOR LEGAL SERVICES RENDERED:**
**JANUARY 1, 2003 THRU JUNE 30, 2003**

RE: Interpleader Litigation
Brian A. Petronella – Local 371 V. Martha Acas, et al.

| DATE | ATTY./PL | SERVICE | ATTY. TIME | P/L TIME |
|---|---|---|---|---|
| 2/11/03 | VMF | Review pre-conference letter call to Atty. Levy | .25 | |
| 2/18/03 | VMF | Attendance at settlement conference calls to and from Atty. Levy | 2.25 | |
| 3/3/03 | VMF | Calls to and from Atty. Levy | .25 | |
| 3/26/03 | VMF | Letter from Atty.. Levy | .1 | |
| 5/14/03 | VMF | Calls and letter to Union B.A., re: appearances of several defendants | .5 | |
| 5/15/03 | VMF | Call from Clerk Pia | .25 | |
| 5/29/03 | VMF | Review file, call to Atty. Levy | .33 | |
| 5/30/03 | VMF | Chambers conference, review list of defendants | 3.5 | |
| 6/1/03 | VMF | Review letter, call to Atty. Levy, call to | | |

|         |     |                                                         |       |      |
|---------|-----|---------------------------------------------------------|-------|------|
|         |     | court clerk, call to client                             | .75   |      |
| 6/4/03  | VMF | Analysis and letter to Judge Fitz.                      | 3.0   |      |
| 6/4/03  | VMF | analysis and letter to judge                            | 2.5   |      |
| 6/6/03  | VMF | Call to Atty. Levy                                      | .1    |      |
| 6/11/03 | VMF | Calls to and from Barry Levy, calls to clerk Pia        | .75   |      |
| 6/12/03 | ATM | Set up conference call, faxes                           |       | .75  |
| 6/17/03 | ATM | adjust conference call in.                              |       | .25  |
| 6/17/03 | VMF | conference call                                         | 1.15  |      |
| 6/18/03 | VMF | call to Atty. Levy                                      | .1    |      |
|         |     |                                                         | 13.78 | 1.0  |
|         |     | **SUBTOTAL**                                            | $3,550.50 | $85.00 |
|         |     | **TOTAL**              $3,635.50                        |       |      |

**VICTOR M. FERRANTE**
Attorney at Law, P.C.
2970 Main Street
Bridgeport, Connecticut 06606

(203) 333-2131

VICTOR M. FERRANTE*

*ALSO ADMITTED IN MASS.

FAX (203) 330-0089

Email: albi5@aol.com

Brian A. Petronella
Local 371 United Food and Commercial Workers Union
290 Post Road West
Westport, CT  06881

## FOR LEGAL SERVICES RENDERED:
## JULY 1, 2003 THRU OCTOBER 10, 2003

RE:  Interpleader Litigation
     Brian A. Petronella – Local 371 V. Martha Acas, et al.

| DATE | ATTY./PL | SERVICE | ATTY. TIME | P/L TIME |
|---|---|---|---|---|
| 7/7/03 | VMF | review Atty. Slossberg's analysis | .25 | |
| 7/8/03 | VMF | calls to and from Levy | .25 | |
| 7/14/03 | VMF | Ltr from Levy with order | 1.0 | |
| 8/15/03 | VMF | letter from Atty. Levy | .1 | |
| 10/7/03 | VMF | Review order, calls to and from Atty. Levy | .33 | |
| | | | .93 | |

**TOTAL**     **$ 434.25**