

02cv 1047 record

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 23 P 5:23
US DISTRICT COURT
BRIDGEPORT CT

BRIAN A. PETRONELLA, et al.  :
    PLAINTIFFS,  :
      :
v.  : CIV. NO. 3:02cv01047 (WWE)
      :
MARTHA ACAS, ET AL.  :
    DEFENDANTS  :

### RECOMMENDED ORDER RE INTERPLEADER ACTION

I. Introduction

    This is an interpleader action filed by the United Food & Commercial Workers Union - Local 371, AFL-CIO ("Local 371"), and the Local 371 president, Brian A. Petronella. The purpose of the action, brought pursuant to 28 U.S.C. §§ 1335, 1397, and 2361, is to resolve competing claims by members of Local 371 who are former employees of Grand Union Company, Inc., and its affiliates to a settlement fund ("Fund") established as part of a separate bankruptcy proceeding. In an order dated October 30, 2003, this court adopted the recommendations of a special master to distribute the Fund [doc #273]. Pursuant to that order, plaintiffs have submitted for the court's approval a proposal to hire an outside accounting firm to disburse the funds.

II. Liability

    As a preliminary matter, plaintiffs brought it to the attention of the court that the October 30, 2003 order did not contain a provision releasing plaintiffs from future liability on

*[Margin annotations:]* Upon de novo review, the Court hereby adopts magistrate judge Fitzsimmons' recommended ruling. The Clerk is instructed to close this case. WARREN W. EGINTON, SENIOR USDJ 2004 FEB 13 A [signed] 2-12-04