```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

BRIAN A. PETRONELLA,                  :
as President of Local 371,            :
United Food and Commercial            :
Workers Union, AFL-CIO,               :
and Local 371, UNITED FOOD            :
AND COMMERCIAL WORKERS UNION,         :
AFL-CIO,                              :
                                      :
               Plaintiffs,            :
                                      :
       v.                             :   CIV. NO. 3:02cv1047 (WWE)
                                      :
MARTHA ACAS, et. al.,                 :
                                      :
               Defendants.            :
```

**ORDER**

      The Court conducted a telephone conference on June 7, 2004, as a result of being advised that an error had been made in connection with the calculation and distribution of money from the Settlement Fund to Defendants Henry Anyzeski ("Mr. Anyzeski") and Patricia Elliott ("Ms. Elliott").  Both Mr. Anyzeski and Ms. Elliot appeared in this action.  Ms. Elliot has been represented by counsel throughout the proceedings.

      During the telephone conference, the Court was advised by Weiser, LLC (the accountant responsible for the Settlement Fund), that (a) distributions to Mr. Anyzeski in the amount of $890.13 and to Ms. Elliot in the amount of $774.02 had already been made, and (b) after re-calculations based upon their status as "banked" employees, Mr. Anyzeski had been underpaid by the

amount of $2,884.33, and Ms. Elliott had been underpaid by the amount of $2,545.91.

The Court was also advised by Weiser, LLC that fifteen (15) of the mailed settlement distribution checks were returned as being undeliverable, and that representatives from Weiser, LLC had undertaken substantial efforts to locate these individuals, but were unable to do so. The Court was told that the total amount of undistributed funds attributable to the returned checks is $6,792.06 (the "Undistributed Funds").

The Court considered the information presented in connection with the remaining issues related to the Settlement Fund and the distribution of the Undistributed Funds, and concluded that (a) the efforts made by Weiser, LLC to locate the fifteen (15) individuals have been diligent and reasonable; (b) the Undistributed Funds should immediately and unconditionally revert to the Settlement Fund, and (c) supplemental distributions should immediately be made by Weiser, LLC to Mr. Anyzeski in the amount of $2,884.33, and to Ms. Elliott in the amount of $2,545.91.

Based upon the foregoing, it is hereby ORDERED:

(1) the Undistributed Funds shall immediately and unconditionally revert to the Settlement Fund,

  (2) supplemental distributions shall immediately be made by Weiser, LLC to Henry Anyzeski in the amount of $2,884.33, and to Patricia Elliott in the amount of $2,545.91, and

  (3) pending a further Order from the Court, all remaining Undistributed Funds shall be maintained by Local 371, and under the supervision of Weiser, LLC.

  Dated at Bridgeport this 6th day of August 2004.


       _____/s/_____
       Holly B. Fitzsimmons
       United States Magistrate Judge