UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN A. PETRONELLA, et al.  :
    PLAINTIFFS,  :
  :
v.  : CIV. NO. 3:02cv01047 (WWE)
  :
MARTHA ACAS, ET AL.  :
    DEFENDANTS  :

**FINAL ORDER**

    This matter appeared before the Court for a telephone conference on December 16, 2004, as a result of an application by the Plaintiffs to have the Court issue a final order: (a) directing that the UFCW Local 371 Grand Union Distribution Account that is presently maintained by the Plaintiffs at Bank of America be distributed in a manner to be determined by the Court; (b) permanently enjoining and restraining each of the Defendants from instituting or prosecuting any proceeding in this or any other court of law or in equity against the Plaintiffs as a result of the "Shutdown Agreement" (the agreement that established the Settlement Fund, [see doc. #89 at p. 2]), or the Distribution of the Settlement Proceeds; and (c) fully and finally discharging and releasing the Plaintiffs from all further liability as a result of the Shutdown Agreement or the Distribution of the Settlement Proceeds.

    The Court has considered the information presented by counsel for the parties and by Weiser, LLC (the accountant

responsible for the Settlement Fund) and has concluded that: (a) the Plaintiffs have used reasonable and diligent efforts to have the Undistributed Funds distributed to all of the Defendants; (b) this action has served the purpose for which it was intended; and (c) this action should be brought to a conclusion at this juncture.  Based upon the foregoing, it is hereby

ORDERED that the UFCW Local 371 Grand Union Distribution Account that is now maintained by the Plaintiffs at Bank of America (Account Number 9484880534)(the "Account") shall be distributed directly to Connecticut Legal Services, Inc., 62 Washington Street, Middletown, CT  06457, a non-profit civil law firm offering legal assistance to low-income families and individuals, and it is further

ORDERED that the Plaintiffs are fully and finally discharged and released from all further liability as a result of the Shutdown Agreement and/or the Distribution of the Settlement Proceeds.

In light of the above order releasing Plaintiffs from further liability in this matter, the Court finds it unnecessary to enter a permanent injunction.  Plaintiff's request for a permanent injunction is therefore denied.

    The Clerk of the Court is directed to close this matter.

    SO ORDERED at Bridgeport this _8th__ day of August 2005.

                                      _____/s/_____
                                      WARREN W. EGINTON
                                      UNITED STATES DISTRICT JUDGE