UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 AUG 11  A 8:42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BRIAN A. PETRONELLA, et al

v.    3:02CV1047 WWE

MARTHA ACAS, et al

## JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of parties oral request for issuance of a final order at a telephone conference on December 16, 2004.

The Court has reviewed the information and on August 8, 2005, entered a Final Order.

Therefore, it is ORDERED and ADJUDGED that judgment is entered that the UFCW Local 371 Grand Union Distribution Account that is maintained by the plaintiffs at the Bank of America shall be distributed directly to Connecticut Legal Services, Inc., Middletown, CT pursuant to the terms of the final order, that the plaintiffs are fully and finally discharged and released from all further liability as a result of the Shutdown Agreement and/or the Distribution of the Settlement Proceeds and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of August, 2005.

KEVIN F. ROWE, Clerk

By _____
Chrystine W. Cody
Deputy-in-Charge

Entered on Docket _____